# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELA DEBOSE,<br><br>     *Plaintiff*,<br><br>v.<br><br>GREENBERG TRAURIG, LLP, *et al.*,<br><br>     *Defendants*. | Civil Action No. 24-938 (LLA) |

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 34, it is hereby **ORDERED** that Defendant Florida Polytechnic University Board of Trustee's Motion to Dismiss, ECF No. 9, and Defendant Green Traurig, LLP's Motion to Dismiss, ECF No. 13, are **GRANTED** and the case is **DISMISSED** without prejudice.

It is further **ORDERED** that Defendant Greenberg Traurig, LLP's Motion to Transfer, ECF No. 14, and Plaintiff's Motion to Sever, ECF No. 25, are **DENIED AS MOOT** in light of this dismissal. It is further **ORDERED** that Plaintiff's Motion for Leave to File a Second Amended Complaint, ECF No. 27, is **DENIED**.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

     **SO ORDERED**.

/s/ Loren L. AliKhan
LOREN L. ALIKHAN
United States District Judge

Date: July 30, 2024